**DISMISS; and Opinion Filed August 19, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-00219-CV

---

**HECTOR SILVA, Appellant**
**V.**
**NATALIE MORGAN GARZA, Appellee**

---

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV19-00057-V**

---

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Molberg

Appellant's brief in this case is overdue. By postcard dated June 14, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor has he corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Ken Molberg/
190219F.P05                                     KEN MOLBERG
                                                JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

HECTOR SILVA, Appellant

No. 05-19-00219-CV          V.

NATALIE MORGAN GARZA, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. CV19-00057-V.
Opinion delivered by Justice Molberg, Justices Myers and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that Natalie Morgan Garza recover her costs, if any, of this appeal from Hector Silva.

Judgment entered this 19th day of August, 2019.